# UNITED STATES DISTRICT COURT
# EASTERN OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | **Case No.: 2:18-cv-01010-MCE-GGH** |
| Plaintiff, | ORDER |
| vs. | |
| JOHN DOE subscriber assigned IP address 98.255.1.248, | |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted *in part*. Plaintiff shall have until *September 26, 2018* to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED**.

Dated: August 6, 2018

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order on *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant

Case No. 2:18-cv-01010-MCE-GGH